# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOO YOUNG KIM, <br><br>　　　　　　Plaintiff(s), <br><br>vs. <br><br>SOUTHWESTCO WIRELESS, <br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-00706-APG-NJK <br><br> ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 4, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: May 1, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge