|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SOO YOUNG KIM, | ) | Case No. 2:17-cv-0706-APG-NJK |
| | ) | |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | (Docket No. 12) |
| VERIZON WIRELESS (VAW) LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendant's motion for leave to file a third-party complaint. Docket No. 12. In particular, Defendant seeks leave to allege third-party indemnification and contribution claims against the company that installed the carpet on which Plaintiff alleges she tripped and fell. *See id.* at 4. No response has been filed, and the deadline to do so has expired. *See* Local Rule 7-2(b).

When a defendant seeks to file a third-party complaint more than 14 days after answering the complaint, it must obtain leave of court. *See* Fed. R. Civ. P. 14(a)(1). Rule 14 is liberally construed to permit joinder of third party claims. *E.g.*, *United States v. Pioneer Lumber Treating Co.*, 496 F. Supp. 199, 202-03 (E.D. Wash. 1980). "Rule 14 was designed to provide for the adjudication of rights of all persons involved in a controversy in order to avoid circuity of actions and multiplicity of suits." *Nevada Eighty-Eight, Inc. v. Title Ins. Co. of Minn.*, 753 F. Supp. 1516, 1529 (D. Nev. 1990). "Joinder under Rule 14(a) should be 'freely granted to promote efficiency unless to do so would prejudice the plaintiff, unduly complicate the trial, or would foster an obviously unmeritorious claim.'" *FMC Corp. v. Vendo*

| | |
|---|---|
| 1 | *Co.*, 196 F. Supp. 2d 1023, 1038 (E.D. Cal. 2002) (quoting *New York v. Solvent Chem. Co.*, 179 F.R.D. |
| 2 | 90, 93 (W.D.N.Y. 1998)). |

Applying these standards here and in light of the lack of any opposition, the Court **GRANTS** the motion. Defendant shall file the third-party complaint by July 12, 2017, and shall serve it. *Cf.* Local Rule 15-1(b).

IT IS SO ORDERED.

DATED: July 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge