1  CORY R. EICHELBERGER
   Nevada Bar No. 10577
2  BLAKE A. DOERR
   Nevada Bar No. 9001
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
5  Fax: 702.893.3789
   Email: cory.eichelberger@lewisbrisbois.com
6  Email: blake.doerr@lewisbrisbois.com
   *Attorneys for Defendants*
7  *SOUTHWESTCO WIRELESS, INC.*

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

| | |
|---|---|
| 12  SOO YOUNG KIM, | CASE NO.:2:17-CV-00706-APG-NJK |
| 13         Plaintiff, | |
| 14  v. | **STIPULATION AND ORDER TO CONTINUE DISCOVERY (SECOND REQUEST)** |
| 15  SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; | |
| 16  and ROES I through X, inclusive, | |
| 17         Defendant. | |
| 18  SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; | |
| 19  and ROES I through X, inclusive, | |
| 20         Third-Party Plaintiff. | |
| 21  v. | |
| 22  QUALITY SOLUTIONS, INC. | |
| 23         Third-Party Defendant. | |

24       COMES NOW, Defendant SOUTHWESTCO WIRELESS, INC (hereinafter,

25  "Southwestco"), Third-Party Defendant QUALITY SOLUTIONS, INC. (hereinafter "Quality

26  Solutions") and Plaintiff Soo Young Kim ("Plaintiff"), and hereby submit their Stipulation

27  and Order Extending Discovery Deadlines. In support of this Stipulation, the Parties state

28

4818-0382-6506.1

as follows:

### A. DISCOVERY COMPLETED TO DATE

1. The Parties exchanged their Initial Disclosures Pursuant to FRCP. 26(a)(1);

2. The Defendant has procured the medical records of the Plaintiff;

3. The Defendant propounded written discovery on the Plaintiff which the Plaintiff responded to;

4. The Defendant deposed the Plaintiff on June 7, 2017;

5. The Defendant disclosed its initial experts;

6. The Defendant deposed the Plaintiff's treating physicians;

7. The Plaintiff agreed to provide certain discovery and opposed other discovery but failed to provide it which resulted in the Southwestco filing a Motion to Compel.

### B. DISCOVERY REMAINING TO BE COMPLETED

Pursuant to this court's order granting Southwestco's Motion to Compel, the Plaintiff is required to provide certain discovery to the Defendants which include authorizations for Southwestco to procure additional medical records from the Plaintiff's additional treating physicians. However, the documents are not required to be produced until _after_ the current close of discovery which is March 28, 2018.

The stipulation is being requested for the limited purpose of allowing Southwestco to complete discovery related to the additional documents and other evidence which was ordered to be produced pursuant to the Court's order on Southwestco's Motion to Compel.

Southwestco will need time to procure the medical records from Medicare, the Nevada PMP and to review any documents related to the subsequent slip and fall and the subsequent auto accident. Once the records are received, Southwestco will need to provide the documents to its medical experts for review and preparation of supplemental opinions.

## C. REASONS FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES

The reason the extension is requested is that the Plaintiff's counsel failed to provide the discovery in a timely fashion which resulted in Southwestco not being able to conduct the discovery in this case during the discovery period and which resulted in the filing of the Motion to Compel. The current deadline for disclosure of initial expert witnesses was January 26, 2018 and the close of discovery is March 28, 2018.

Therefore this request is <u>not</u> being made 21 days prior to the deadline. However, good cause exists for ordering the stipulation because the motion to compel materialized after Southwestco attempted to work with Plaintiff's counsel during discovery and Plaintiff's counsel actually agreed to provide some of the documents, but Plaintiff's counsel ultimately failed to do that which resulted in Southwestco filing the Motion to Compel which was granted by this Court.

## D. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

1. Southwestco's Initial Expert Disclosure deadline should be extended from January 26, 2018 to June 6, 2018 which is approximately 60 from the date the Plaintiff is to provide the authorizations (April 4, 2018) which will give Southwestco 30 days to procure the documents and allow Southwestco's experts 30 days to review the documents and prepare supplements to the initial reports.

2. Discovery Cut-Off should be extended from March 28, 2018 to July 6, 2018 which is approximately 30 days from the Southwestco's Initial Expert Disclosure deadline.

3. The Dispositive Motions deadline should be extended from April 27, 2018 to August 3, 2018 which is 30 days from the proposed Discovery Cut-Off.

/ / /

/ / /

4818-0382-6506.1                           3

4. The proposed Joint Pretrial Order deadline should be extended from May 28, 2018 to August 31, 2018 which date shall be automatically stayed until 30 days after any Order is issued in the event any party files any dispositive motion.

DATED this 28th day of March, 2018.

| RICHARD HARRIS LAW FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Ian Estrada<br>IAN ESTRADA<br>801 South 4th Street<br>Las Vegas, Nevada 89101<br>dmartin@vegashurt.com<br>Tel: 702.444.4444<br>Fax: 702.444.4455<br>*Attorneys for Plaintiff*<br>*Soo Young Kim* | /s/ Blake A. Doerr<br>BLAKE A. DOERR<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>blake.doerr@lewisbrisbois.com<br>Tel: 702.893.3383<br>Fax: 702.893.3789<br>*Attorneys for Defendant*<br>*SOUTHWESTCO* |

THE LAW OFFICES OF
ERIC R. LARSEN

/s/ Mark J. Brown
MARK J. BROWN
750 East Warm Springs Road, Suite 320
Las Vegas, Nevada 89119
Mark.Brown@TheHartford.com
Tel: 702.387.8070
Fax: 877.369.5819
*Attorneys for Quality Solutions, Inc.*

## ORDER

**IT IS SO ORDERED**

DATE: March 29, 2018

_____
UNITED STATES MAGISTRATE JUDGE

4818-0382-6506.1                 4