1  CORY R. EICHELBERGER
   Nevada Bar No. 10577
2  BLAKE A. DOERR
   Nevada Bar No. 9001
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
5  Fax: 702.893.3789
   Email: cory.eichelberger@lewisbrisbois.com
6  Email: blake.doerr@lewisbrisbois.com
   *Attorneys for Defendants*
7  *SOUTHWESTCO WIRELESS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOO YOUNG KIM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; and ROES I through X, inclusive,<br><br>　　　　　Defendant.<br>―――――――――――――――――<br>SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; and ROES I through X, inclusive,<br><br>　　　　　Third-Party Plaintiff.<br><br>v.<br><br>QUALITY SOLUTIONS, INC.<br><br>　　　　　Third-Party Defendant. | CASE NO.:2:17-CV-00706-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE** |

　　　　WHEREAS Third-Party Defendant QUALITY SOLUTIONS, INC. has accepted a tender of defense and indemnity from SOUTHWESTCO WIRELESS, INC. without reservation.

　　　　IT IS HEREBY STIPULATED AND AGREED, by and among Third-Party Plaintiff

4827-6208-0096.1

SOUTHWESTCO WIRELESS, INC. and Third-Party Defendant QUALITY SOLUTIONS, INC. that the third-party complaint against QUALITY SOLUTIONS, INC. be dismissed without prejudice. SOUTHWESTCO WIRELESS, INC. and QUALITY SOLUTIONS, INC. will bear their own costs and attorneys' fees as it relates to the third-party complaint.

DATED this 10th day of April, 2018.

THE LAW OFFICES OF
ERIC R. LARSEN

/s/ Mark J. Brown
MARK J. BROWN
750 East Warm Springs Road, Suite 320
Las Vegas, Nevada 89119
Mark.Brown@TheHartford.com
Tel: 702.387.8070
Fax: 877.369.5819
*Attorneys for Quality Solutions, Inc.*

DATED this 10th day of April, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cory R. Eichelberger
BLAKE A. DOERR
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
blake.doerr@lewisbrisbois.com
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant SOUTHWESTCO*

## ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE

Upon stipulation of the Parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED** that the Third-Party Complaint against QUALITY SOLUTIONS, INC is dismissed without prejudice. SOUTHWESTCO WIRELESS, INC. and QUALITY SOLUTIONS, INC. will bear their own costs and attorneys' fees as it relates to the third-party complaint.

**IT IS SO ORDERED.**

Dated: April 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

4827-6208-0096.1

2