Law Offices of ERIC R. LARSEN
Mark J. Brown, Esq.
Nevada Bar No.: 003687
750 E. Warm Springs Road
Suite 320, Box 19
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Mark.Brown@thehartford.com
Attorney for Defendant
SOUTHWESTCO WIRELESS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOO YOUNG KIM,<br><br>　　　　　Plaintiff,<br><br>—vs—<br><br>SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; and ROES I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-00706-APG-NJK<br><br>**SUBSTITUTION OF ATTORNEYS** |

IT IS HEREBY STIPULATED and AGREED that Defendant, SOUTHWESTCO WIRELESS, INC., hereby substitutes MARK J. BROWN, ESQ., of the Law Offices of ERIC R.

///
///
///
///
///
///
///
///
///

-1-

LARSEN, as attorney of record for said Defendant in the place and stead of CORY R. EICHELBERGER, ESQ., and BLAKE A. DOERR, ESQ., of the Law Offices of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 6th day of April, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Cory R. Eichelberger, Esq. (NBN 10577)
Blake A. Doerr, Esq., (NBN 9001)
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118

## CONSENT TO SUBSTITUTION

The undersigned Defendant hereby consents to the above substitution of counsel for said Defendant in the above-entitled action.

DATED this 6th day of April, 2018.

SOUTHWESTCO WIRELESS, INC., authorized representative

Derek Nohil - claims manager
Print Name

MARK J. BROWN, ESQ., of the Law Offices of ERIC R. LARSEN, hereby accepts the substitution as attorney of record for Defendant, SOUTHWESTCO WIRELESS, INC., in the above-entitled matter.

DATED this 6th day of April, 2018.

Law Offices of ERIC R. LARSEN

Mark J. Brown, Esq. (NBN 3687)
750 E. Warm Springs Road, Suite 320
Las Vegas, Nevada 89119

IT IS SO ORDERED.
Dated: April 16, 2018

United States Magistrate Judge

-2-