# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOO YOUNG KIM, | Case No.: 2:17-cv-00706-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 53] |
| SOUTHWESTCO WIRELESS, | |
| Defendant(s). | |

In light of the parties' agreement to engage in private mediation, Docket No. 53 at 2, the settlement conference set in this case is **VACATED**. The stipulation to continue the settlement conference (Docket No. 53) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: October 10, 2018

Nancy J. Koppe
United States Magistrate Judge

1