# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOO YOUNG KIM, | Case No.: 2:17-cv-0706-APG-NJK |
| Plaintiff | **Order Vacating Trial Date and Requiring Status Report** |
| v. | |
| SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; and ROES I through X, inclusive, | |
| Defendants | |

On January 2, 2019, the parties filed a notice that they settled this case on December 18, 2018. ECF No. 55. Therefore, the February 19, 2019 calendar call and the February 25, 2019 trial setting are vacated. By **February 15, 2019**, the parties shall file a stipulation to dismiss this case or a joint report explaining the status of their settlement and what remains to be completed to dismiss this case.

DATED this 29th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE