SAO
Law Offices of ERIC R. LARSEN
MARK J. BROWN, Esq.
Nevada Bar No.: 003687
750 E. Warm Springs Road
Suite 320, Box 19
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Mark.Brown@thehartford.com
Attorney for Defendant,
SOUTHWESTCO WIRELESS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOO YOUNG KIM,<br><br>        Plaintiffs,<br><br>—vs—<br><br>SOUTHWESTCO WIRELESS, INC., a foreign corporation; DOES I through X; and ROES I through X, inclusive,<br><br>        Defendants. | Case No.: 2:17-CV-00706-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff, SOO YOUNG KIM's causes of action be dismissed with prejudice, and that all parties

///
///
///
///
///
///
///
///
///

1

are to bear their own costs and attorney's fees. No motions are pending; however, trial has been set for February 25, 2019.

DATED this 7th day of Feb, 2019. DATED this 29th day of January, 2019.

Law Offices of ERIC R. LARSEN          RICHARD HARRIS LAW FIRM

_____             _____
MARK J. BROWN, ESQ.                    IAN C. ESTRADA, ESQ.
Nevada Bar No.: 003687                 Nevada Bar No.: 12575
750 E. Warm Springs Rd., Suite 320     801 S. Fourth St.
Las Vegas, Nevada 89119                Las Vegas, NV 89101
Telephone: (702) 387-8070              Telephone: (702) 444-4444
Attorney for Defendant,                Attorney for Plaintiff,
SOUTHWESTCO WIRELESS, INC.             SOO YOUNG KIM

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 8, 2019.

Submitted By:

Law Offices of ERIC R. LARSEN

_____
MARK J. BROWN, ESQ.
Nevada Bar No.: 003687
750 E. Warm Springs Rd., Suite 320
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Attorney for Defendant,
SOUTHWESTCO WIRELESS, INC.

The Law Offices of
ERIC R. LARSEN
750 E. Warm Springs Rd.
Suite 320, Box 19
Las Vegas, NV 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819